IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
~~WESTERN~~ DIVISION
JACKSON



JUDD KEITH FOR PRESIDENT US            PLAINTIFF

VS.            CIVIL ACTION NO. 3:13cv305 DPJ-FKB

SECRETARY OF STATE OF MISSISSIPPI,
and BARACK OBAMA            DEFENDANTS

## NOTICE OF REMOVAL

The Defendant, Barack Obama, by and through Gregory K. Davis, the United States Attorney for the Southern District of Mississippi and the undersigned Assistant United States Attorney, hereby give Notice of Removal of the above-captioned action to this Court pursuant to 28 U.S.C. §§ 1442 and 1446.

I.

This civil action was commenced against the Defendant in the above-styled cause in the Circuit Court of Hinds County, Mississippi. (*See* Complaint.)

II.

This action is removable to this Court by the United States under 28 U.S.C. §1442 and 1446. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1331.

III.

Contemporaneous with the filing of this Notice of Removal, the undersigned counsel for the Defendant, is filing a copy of said Notice with the Circuit Court of Hinds County, Mississippi, and is giving written notice to the Plaintiff through counsel of record and to the Defendant at the addresses shown in the Complaint. No answer or other response to the Complaint has been filed by the Defendant. Attached hereto are true copies of all process,

pleadings and orders served to date upon the undersigned United States Attorney. *See* attached Exhibit A, a certified copy of the entire state court file.

Dated this the 16th day of May, 2013.

Respectfully submitted,

GREGORY K. DAVIS
UNITED STATES ATTORNEY

By: /s/ Angela G. Williams
ANGELA GIVENS WILLIAMS
Assistant U.S. Attorney
501 E. Court St., Ste. 4.430
Jackson, Mississippi 39201
Telephone No.: 601/965-4480
Facsimile No.: 601/965-4409
MS Bar Number 102469

## CERTIFICATE OF SERVICE

I, ANGELA GIVENS WILLIAMS, Assistant United States Attorney, hereby certify that I have this day mailed, postage prepaid, a true copy of the foregoing document as follows:

> Keith Judd
> Reg. #11593-051
> Federal Correctional Institute
> P.O. Box 7000
> Texarkana, Texas 75505
>
> Justin L. Matheny
> Special Assistant Attorney General
> Office of the Attorney General
> P.O. Box 220
> Jackson, MS 39205

This the 16th day of May, 2013.

_____
ANGELA GIVENS WILLIAMS
Assistant U.S. Attorney