IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KEITH JUDD FOR PRESIDENT US                                              PLAINTIFF

VS.                                                         CIVIL ACTION NO. 3:13cv305-DPJ-FKB

SECRETARY OF STATE OF MISSISSIPPI
and BARACK OBAMA                                                       DEFENDANTS

ORDER

This civil action is before the Court on the motions to dismiss filed by Defendants Secretary of State of Mississippi and Barack Obama.  Plaintiff responded to the former but not the latter.  Both motions are granted.

Plaintiff Keith Judd, an inmate in the custody of the Federal Bureau of Prisons, made efforts to seek the Democratic Party's nomination for President of the United States.  He was denied access to the ballot in Mississippi, but now seeks a declaratory judgment that President Obama is not a natural-born citizen of the United States.  Judd has been aptly designated a vexatious litigant in several courts, including the United States Supreme Court and the Fifth Circuit Court of Appeals.  *See Judd, v. U.S. Dist. Court for the W. Dist. of Tex.*, 528 U.S. 5 (1999); *Judd v. Fed. Election Comm'n*, 311 F. App'x 730 (5th Cir. 2009).[1]

Both Defendants raise valid arguments regarding Judd's standing, service of process, his IFP status, and the general frivolity of his Complaint.  Judd's response to the Secretary of State's

---

[1] The Fifth Circuit held that "Judd may not file any civil action in a district court of this circuit, or any pleading or notice of appeal with this court, without first obtaining leave of the court in which he seeks to file such action, pleading, or notice." *Judd*, 311 F. App'x at 732. Technically speaking, he did not violate this order because he filed this action in state court and it was removed to this court.

motion was not persuasive, and he filed no response to the President's motion. The Court finds that this case should be dismissed.

IT IS, THEREFORE, ORDERED that the motions to dismiss by Defendant Secretary of State of Mississippi and Barrack Obama are hereby GRANTED. A separate judgment will be entered in accordance with Federal Rules of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 12th day of August, 2013.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE